UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUST FUTURES LAW and AMERICAN IMMIIGRATION COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 26-1045 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 8, 2026 minute order, the parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving one FOIA request that Plaintiffs submitted to the U.S. Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively "Defendants"). Plaintiffs filed the Complaint on March 27, 2026 (ECF No. 1) and Defendant filed its Answer on May 6, 2026 (ECF No. 10). The Court ordered that the parties meet, confer, and jointly submit a proposed briefing schedule on or before May 22, 2026.

Plaintiffs submitted a FOIA request to USCIS and DHS on or around December 22, 2025 seeking records related to the agency's implementation of certain immigration policies. *See* Compl. (ECF No. 1). On May 20, 2026, the parties conferred via phone. On May 21, 2026, undersigned counsel for the Defendants informed counsel for Plaintiffs that USCIS had completed all searches, except for one remaining outstanding search, and identified approximately 1,300 pages of potentially responsive records and one Excel spreadsheet. Although USCIS is waiting on the results of one pending search, it is moving forward to process 500 pages and the spreadsheet and endeavors to

- 1 -

produce responsive, non-exempt portions of those 500 pages and the spreadsheet by the end of June. Defendants propose a monthly production schedule of 500 pages processed per month until processing is complete. Defendants will also provide an updated page count once the remaining outstanding search is completed. The parties therefore respectfully propose that the parties submit a Joint Status Report and propose to update the court every 30 days thereafter to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

The parties have different positions as to setting a deadline for dispositive motions. Because searching and production is ongoing, Defendants respectfully submit that proposing a briefing schedule would be premature. Moreover, in the interest of conserving the parties' and the Court's resources, Defendants propose that the parties attempt to resolve any disagreements regarding the search and withholdings among themselves before any summary judgment briefing. Plaintiffs respectfully submit, based on the Defendants' representation that there are approximately 1300 pages of potentially responsive records, that setting a deadline for disposition motions for January 15, 2027 would be appropriate. Plaintiffs believe that timeline would provide the parties enough time to resolve any disagreements before summary judgment briefing.

Dated: May 22, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252947
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

- 2 -

- 3 -

*Attorneys for the United States of America*

s/ Shubra Ohri
Shubra Ohri (admitted *pro hac vice)*
Sejal Zota (DC Bar. No. NC020)
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
shubra@justfutureslaw.org
sejal@justfutureslaw.org


s/ Raul Pinto
Raul A. Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Attorneys for Plaintiffs*