UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUST FUTURES LAW and AMERICAN IMMIIGRATION COUNCIL,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 26-1045 (RC)

**JOINT STATUS REPORT**

Pursuant to the Court's June 24, 2026 minute order, the parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving one FOIA request that Plaintiffs submitted to the U.S. Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively "Defendants"). Plaintiffs filed the Complaint on March 27, 2026 (ECF No. 1) and Defendant filed its Answer on May 6, 2026 (ECF No. 10).

Plaintiffs submitted a FOIA request to USCIS and DHS on or around December 22, 2025 seeking records related to the agency's implementation of certain immigration policies. *See* Compl. (ECF No. 1). On May 21, 2026, undersigned counsel for the Defendants informed counsel for Plaintiffs that USCIS had completed all searches, except for one remaining outstanding search, and identified approximately 1,300 pages of potentially responsive records and one Excel spreadsheet. At this time, USCIS reports that all searches have been completed and the total page count is 1,612 pages of potentially responsive records.

USCIS has processed 509 pages and produced non-exempt pages and the Excel spreadsheet at

the end of June, 2026. USCIS anticipates issuing two to three additional monthly productions for the remaining potentially responsive pages. The parties respectfully propose that the parties submit another Joint Status Report on August 24, 2026 to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: July 24, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Tara Derbisz</u>*
TARA DERBISZ
D.C. Bar #252947
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*

s/ Shubra Ohri
Shubra Ohri (admitted *pro hac vice)*
Sejal Zota (DC Bar. No. NC020)
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
shubra@justfutureslaw.org
sejal@justfutureslaw.org

s/ Raul Pinto
Raul A. Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Attorneys for Plaintiff*