UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUST FUTURES LAW and AMERICAN IMMIIGRATION COUNCIL,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 26-1045 (RC)

**JOINT STATUS REPORT**

Pursuant to the Court's July 24, 2026 minute order, the parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiffs submitted to Defendants U.S. Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively "Defendants"). Plaintiffs submitted a FOIA request to Defendants on or around December 22, 2025 seeking records related to the agency's implementation of certain immigration policies. *See* Compl. (ECF No. 1). Plaintiffs filed the Complaint on March 27, 2026 (ECF No. 1) and Defendant filed its Answer on May 6, 2026 (ECF No. 10).

As previously reported, USCIS indicated that it has completed all searches for responsive records and identified 1,612 pages of potentially responsive records and one Excel sheet. Defendants proposed a monthly production schedule of 500 pages processed per month until processing is complete. Defendant USCIS has thus far processed 509 pages and produced its first monthly production. [ECF No. 14].

USCIS sent a second production to Plaintiffs via UPS on August 13, 2026, which Plaintiffs

received. To help ensure timely and effective delivery, Plaintiffs have requested that Defendants send future production electronically via USAfx. The parties respectfully propose that they submit another Joint Status Report on September 24, 2026 to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: August 24, 2026

Respectfully submitted,

*s/ Shubra Ohri*
Shubra Ohri (admitted *pro hac vice)*
Sejal Zota (DC Bar. No. NC020)
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
shubra@justfutureslaw.org
sejal@justfutureslaw.org

*s/ Raul Pinto*
Raul A. Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar #252947
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*