UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUST FUTURES LAW and AMERICAN IMMIIGRATION COUNCIL,

Plaintiffs,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 26-1045 (RC)

**JOINT STATUS REPORT**

Pursuant to the Court's August 25, 2026 minute order, the parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiffs submitted to Defendants U.S. Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively "Defendants").

As previously reported, USCIS indicated that it has completed all searches for responsive records and identified 1,612 pages of potentially responsive records and one Excel sheet. Defendants proposed a monthly production schedule of 500 pages processed per month until processing is complete. Defendant made its first interim production in June 2026, and a second interim production on August 13, 2026. USCIS anticipates it will make a final interim production by the end of this month. Plaintiffs have requested that Defendants send future production electronically via USAfx, which Defendants anticipate being able to accommodate this request, although caution that it may briefly delay the release date.

The parties respectfully propose that they submit another Joint Status Report on October

26, 2026 to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: September 24, 2026

Respectfully submitted,

*s/ Shubra Ohri*
Shubra Ohri (admitted *pro hac vice)*
Sejal Zota (DC Bar. No. NC020)
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
shubra@justfutureslaw.org
sejal@justfutureslaw.org

*s/ Raul Pinto*
Raul A. Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Tara Derbisz*
TARA DERBISZ, D.C. Bar #252947
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Counsel for the United States of America*