UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUST FUTURES LAW and AMERICAN IMMIIGRATION COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES and DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 26-1045 (RC) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2026 minute order, the parties, by and through counsel, respectfully file this Joint Status Report. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiffs submitted to Defendants U.S. Citizenship and Immigration Services ("USCIS") and the United States Department of Homeland Security ("DHS") (collectively "Defendants").

As previously reported, USCIS indicated that it has completed all searches for responsive records and identified 1,612 pages of potentially responsive records and one Excel sheet. Defendants proposed a monthly production schedule of 500 pages processed per month until processing is complete. Defendant made its first interim production in June 2026, and a second interim production on August 13, 2026. USCIS completed its final production on or around October 26, 2026. Plaintiffs have reviewed the production and have raised concerns regarding some of USCIS's redactions in the final production, as well as responsiveness to item No. 6 of Plaintiffs' FOIA request; USCIS is reviewing these

concerns, and the parties will continue to confer regarding any remaining issues in this case.

The parties respectfully propose that they submit another Joint Status Report on January 8, 2027 to apprise the Court of any updates on the status of Plaintiffs' FOIA request.

Dated: November 24, 2026

Respectfully submitted,

*/s/Shubra Ohri*
Shubra Ohri (admitted *pro hac vice)*
Sejal Zota (DC Bar No. NC020)
Just Futures Law
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6390
shubra@justfutureslaw.org
sejal@justfutureslaw.org

Raul A. Pinto (DC Bar No. 90013180)
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7549 | rpinto@immcouncil.org

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jon Lemos*
Jon Lemos (FL Bar No. 1078710)
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1725
Jon.Lemos@usdoj.gov

*Counsel for the United States of America*